UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY BANKS,

    Plaintiff,

vs.

NAPHCARE, et al.,

    Defendants.

Case No. 2:13-cv-00324-RCJ-PAL

**ORDER**

    The court ordered (#2) plaintiff to pay an initial partial filing fee. Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** for plaintiff's failure to pay the initial partial filing fee. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be taken in good faith.

    Dated: May 17, 2013

ROBERT C. JONES
Chief United States District Judge